UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

United States of America

v.

(1) Kellye Sorelle

Case No:  AU:22-M -00743(1)
Charging District: District of Columbia
Charging District's Case No: 1:22-cr-290

**ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL**

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | US District Court for the District of Columbia<br>Hon. U.S. Magistrate Judge Zia Faruqui | Courtroom No.: | By Zoom |
|---|---|---|---|
| | | Date and Time: | 9/6/22 at 12:00 Noon Central |

The clerk is ordered to transfer any bail deposited in the registry of this Court to the clerk of the court where the charges are pending.

September 01, 2022

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE