UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CAUSE NO. AU:22-M-743(1) |
| KELLYE SORELLE | § § | |

**NOTICE OF ATTORNEY APPEARANCE**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Horatio R. Aldredge, Assistant Federal Public Defender and enters appearance as counsel for the defendant in the above-styled and numbered cause.

Respectfully submitted.

MAUREEN SCOTT FRANCO
Federal Public Defender

/s/ HORATIO R. ALDREDGE
Supervisory Assistant Federal Public Defender
Western District of Texas
Lavaca Plaza
504 Lavaca St., Ste. 960
Austin, Texas 78701
(512) 916-5025 / (512) 916-5035 (FAX)
Bar Number: Texas 00795216

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of September, 2022, I filed the foregoing Notice of Attorney Appearance using the CM/ECF system which will give electronic notification to the following:

Matthew B. Devlin
Assistant U.S. Attorney
903 San Jacinto Blvd., Ste. 334
Austin, TX 78701

/s/ HORATIO R. ALDREDGE